IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LAKEISHA NICOLE RICHMOND
o/b/o L.D.R.                                                                                   PLAINTIFF

v.                               CIVIL NO. 08-5096

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                 DEFENDANT

**J U D G M E N T**

Now on this 8th day of July, 2009, comes on for consideration the Report and Recommendation dated June 9, 2009, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without objections being filed by the parties.

The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety.

Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

IT IS SO ORDERED.

                    /s/Jimm Larry Hendren
                    HON. JIMM LARRY HENDREN
                    UNITED STATES DISTRICT JUDGE